PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release  
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Peter Karfias

Crim. No. 8:15CR00362

On August 14, 2015 the above named was placed on probation for a period of 5 years.

The probationer has complied with the rules and regulations of probation and is no longer in need of supervision.

It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

*Jacquelyn C. Fischer*  
U.S. Probation and Pretrial Services Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 15th day of April, 20 20.

*Laurie Smith Camp*  
Laurie Smith Camp  
Senior U.S. District Judge